UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| **JASON SILVERSTEIN and JENNIFER STAMATELOS**, individually and on behalf of others similarly situated, | : : : : | **ECF CASE**<br><br>No. 1:09-cv-5904 (VM)(DF)<br><br>**NOTICE OF APPEARANCE** |
| Plaintiffs, | : : | |
| v. | : : : | |
| **ALLIANCEBERNSTEIN L.P.**, | : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Mary E. Ahrens of the law firm Seyfarth Shaw LLP hereby enters her appearance as counsel for the Defendant in the above-captioned action.

Dated: New York, NY
       January 13, 2011

Respectfully submitted,

SEYFARTH SHAW LLP

By:   s/ Mary E. Ahrens
      Mary E. Ahrens

620 Eighth Avenue
New York, NY 10018
Phone: (212) 218-5277
Fax:   (212) 218-5526
mahrens@seyfarth.com

13052364v.1