# OUTTEN & GOLDEN LLP

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Mariko Hirose
Sonia R. Lin
Jennifer Liu
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Juno Turner

*Advocates for Workplace Fairness*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/11

January 14, 2011

JAN 18 2011

**By Hand**

Hon. Deborah Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Facsimile: (212) 805-4258

Both requests are
granted.

SO ORDERED:   DATE: 1/18/11

/s/ Debra Freeman
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Re:   Silverstein v. AllianceBernstein L.P.,
      No. 09-CIV-5904 (VM)

Dear Judge Freeman:

This firm represents Plaintiffs in the above-referenced action. As directed by Judge Marrero, we submit this joint letter on behalf of both parties with respect to two unopposed requests.

First, on behalf of Plaintiffs, we respectfully request a 60-day extension to the first phase of the discovery period, currently scheduled to close on February 1, 2011. This is the first request for such an extension.[1] The parties have been working diligently to complete discovery. Defendant recently produced a large volume of documents, which Plaintiffs are reviewing to determine whether additional documents are outstanding. The parties request the additional time in order to schedule the depositions of Named Plaintiff Jennifer Stamatelos and two additional Rule 30(b)(6) witnesses. The only other date affected by the proposed extension is the status conference currently scheduled before Judge Marrero on February 4, 2011. Defendant does not oppose this request.

Second, Defendant AllianceBernstein respectfully requests leave to file an amended Answer to Plaintiffs' First Amended Class Action and Collective Action Complaint. Defendant recently learned that two statements in its Answer are inaccurate, and wishes to file an amended answer in order to correct those misstatements. A copy of the proposed First Amended Answer and Affirmative and Other Defenses to First Amended Class Action and Collective Action Complaint is attached hereto. Plaintiffs do not oppose this request.

---

[1] The parties initially engaged in limited discovery in the hopes of settling the matter. This is the first request to the discovery schedule entered into following the failure of mediation efforts.

13051662v.1

3 Park Avenue, 29th Floor New York, NY 10016  Tel 212-245-1000  Fax 212-977-4005
191 Post Road West, Westport, CT 06880  Tel 203-363-7888  Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

Hon. Deborah Freeman
January 14, 2011
Page 2 of 2

We thank the Court for its attention.

Respectfully submitted,

Molly A. Brooks

cc: Lorie Almon, Esq. (by email)
Robert S. Whitman, Esq. (by email)
Mary Ahrens, Esq. (by email)
Adam T. Klein, Esq.
Juno Turner, Esq.
Gregory R. Fidlon, Esq.

13051662v.1