**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SILVERSTEIN, STAMATELOS,** individually and on behalf of others similarly situated, | |
| Plaintiff, | **No. 09-civ-5904 (VM)** |
| v. | |
| **ALLIANCEBERNSTEIN L.P.,** | |
| Defendant. | |

**NOTICE OF FILING OF CONSENT TO BE A
PARTY PLAINTIFF ON BEHALF OF PLAINTIFF**

The following plaintiff is hereby joined to the instant action by his signed Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto as Exhibit A:

1. Carey, Vincent Michael

Dated:  February 16, 2011

Respectfully submitted,

By:

 /s/ Molly Brooks

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Jack A. Raisner
Justin M. Swartz
Molly Brooks
Juno Turner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
2475 Northwinds Parkway, Suite 200
Alpharetta, Georgia 30009
Telephone:  770-807-0083

*Attorneys for Plaintiff and the proposed class*

# Exhibit A

## FAIR LABOR STANDARDS ACT – CONSENT FORM

I consent to be a party plaintiff in a lawsuit against AllianceBernstein L.P., and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).  I hereby designate Outten & Golden LLP and the Law Offices of Gregory R. Fidlon to represent me in such lawsuit.

_____
Signature

_____
Full Legal Name (print)

**REDACTED**
Address

**REDACTED**
City, State                          Zip Code