IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN and JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEBERNSTEIN L.P.,<br><br>Defendant. | No. 09-civ-5904 (VM)<br><br><br><br>**NOTICE OF APPEARANCE<br>FOR LEWIS M. STEEL** |

PLEASE TAKE NOTICE that I, Lewis M. Steel, hereby respectfully enter an appearance for Plaintiff Jason Silverstein and Jennifer Stamatelos, individually and on behalf of all others similarly situated, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated:  February 23, 2011

    Respectfully submitted,

    By:

    /s/ Lewis M. Steel
    Lewis M. Steel

    **OUTTEN & GOLDEN LLP**
    Adam T. Klein
    Lewis M. Steel
    Molly Brooks
    Juno Turner
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone:  (212) 245-1000
    Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
2475 Northwinds Parkway, Suite 200
Alpharetta, Georgia 30009
Telephone:  (770) 807-0083
Facsimile:  (770) 807-0460
Email: gfidlon@gmail.com

*Attorneys for Plaintiff and the proposed class*

TO: **SEYFARTH SHAW LLP**
Lorie E. Almon
Robert S. Whitman
Jeremi L. Chylinski
620 Eighth Avenue, 32nd Floor
New York, NY 10018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on February 23, 2011, upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

>  **SEYFARTH SHAW LLP**
>  620 Eighth Avenue, 32nd Floor
>  New York, NY 10018
>  Phone: (212) 218-5500
>  Lorie E. Almon - lalmon@seyfarth.com
>  Robert S. Whitman - rwhitman@seyfarth.com
>  Jeremi L. Chylinski - jchylinski@seyfarth.com

Executed on:  February 23, 2011

>  /s/ Lewis M. Steel
>  Lewis M. Steel