# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5629

Writer's e-mail
rwhitman@seyfarth.com

Writer's fax
917-344-1258

RECEIVED
MAR 01 2011
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

*Granted — no further extensions without good cause shown.*

March 1, 2011

SO ORDERED:    DATE: 3/14/11

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

VIA FAX -- (212) 805-4258

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:   Silverstein v. AllianceBernstein L.P.,
      No. 09-CIV-5904 (VM)

Dear Judge Freeman:

This firm is counsel to Defendant AllianceBernstein L.P. in the above-referenced action. We submit this letter on behalf of both parties to jointly request a 45-day extension of the current close of discovery, from April 4 to May 19, 2011. The purpose of this extension would be to permit the parties to engage in depositions of numerous witnesses by Plaintiffs as well as depositions and other discovery by Defendant of opt-in plaintiffs who have recently joined the case. The discovery cutoff was extended once before, by endorsed letter on January 20, 2011. The parties hope that no additional extensions will be necessary.

No other deadline will be affected by this extension. A status conference is currently scheduled with Judge Marrero for April 8, four days after the current end of discovery. If the parties' request for the instant extension is granted, they may ask Judge Marrero to adjourn that status conference as well.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*Robert Whitman*

Robert S. Whitman

cc:  Juno Turner, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2011

13172224v.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK