# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5277

Writer's e-mail
mahrens@seyfarth.com

March 15, 2011

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/15/11

Re: *Silverstein v. AllianceBernstein L.P.*,
No. 09-CIV-5904 (VM)

Dear Judge Marrero:

This firm is counsel to Defendant AllianceBernstein L.P. in the above-referenced action. We submit this joint letter on behalf of all parties to request that the status conference currently set for April 8, 2011 be adjourned. On March 14, Magistrate Judge Freeman granted the parties' joint request for a 45-day extension of the discovery cut-off date. The new discovery cut-off date is May 19. We therefore request that the status conference set for April 8 be adjourned until after May 19.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Mary E. Ahrens

cc:  Hon. Debra A. Freeman
     Juno Turner, Esq.
     Lorie E. Almon, Esq.
     Robert S. Whitman, Esq.
     Gregory Fidlon, Esq.

> Request GRANTED. The next status conference herein is rescheduled to 5-27-11 at 9:45 a.m.
>
> SO ORDERED.
>
> 3-15-11
> DATE        VICTOR MARRERO, U.S.D.J.

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

13217126v.1