

**RECEIVED MAY 18 2011 CHAMBERS OF DEBRA FREEMAN U.S.M.J.**

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Mariko Hirose
Sonia R. Lin
Jennifer Liu
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Juno Turner

May 17, 2011



**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/25/11**

**By Facsimile**
Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007
Facsimile: (212) 805-6382

Re:   Silverstein v. AllianceBernstein L.P.,
      No. 09-CIV-5904 (VM)

**MEMO ENDORSED**

Dear Judge Freeman:

This firm represents Plaintiffs in the above-referenced action. We write to request a brief extension of the discovery period so that the parties can complete several previously noticed depositions. The first is that of Susanna Leniart, Plaintiff Silverstein's direct supervisor. This deposition was originally noticed on February 18, 2011 for a date in mid-March. Before Defendant provided dates on which Ms. Leniart would be available, she gave notice and left Defendant's employ. Plaintiffs have since served Ms. Leniart with a subpoena, but Defendant has indicated that the proposed date is not convenient and has yet to provide an alternative date.

Additionally, on May 11, 2011, Plaintiffs served Defendant with a Rule 30(b)(6) notice of deposition relating to a number of documents produced by Defendant on May 3, 2011. Defendant has yet to provide dates on which its designated witness can appear to testify and today indicated that it objects to the noticed deposition. Plaintiffs are hopeful that the parties can resolve this dispute and complete the deposition.

Finally, Defendant has noticed the deposition of opt-in Plaintiff Vincent Carey, but Mr. Carey is unable to appear for deposition prior to the scheduled close of discovery.

The parties therefore request a 30-day extension of the discovery period in order to complete the outstanding depositions. Discovery is presently scheduled to conclude on May 19, 2011. The parties have requested two previous adjournments to the discovery period. The only scheduled date affected by this request is a status conference presently scheduled before Judge Marrero on May 27, 2011. Defendant consents to this request as it relates to Ms. Leniart and Mr. Carey but, as previously noted, objects to the noticed Rule 30(b)(6) deposition.

*granted.*

**SO ORDERED:   DATE: 5/25/11**

*/s/ Debra Freeman*
**DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE**

3 Park Avenue, 29th Floor New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
191 Post Road West, Westport, CT 06880   Tel 203-363-7888   Fax 203-363-...
og@outtengolden.com   www.outtengolden.com

Hon. Debra Freeman
May 17, 2011
Page 2 of 2

We thank the Court for its attention.

Respectfully submitted,

Juno Turner

cc: Lorie E. Almon, Esq. (via email)
Robert S. Whitman, Esq. (via email)
Mary Ahrens, Esq. (via email)
Gregory R. Fidlon, Esq. (via email)
Adam T. Klein, Esq. (via email)
Lewis M. Steel, Esq. (via email)
Molly Brooks, Esq. (via email)