# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5277

Writer's e-mail
mahrens@seyfarth.com

May 26, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:  *Silverstein v. AllianceBernstein L.P.*,
     No. 09-CIV-5904 (VM)

Dear Judge Marrero:

This firm is counsel to Defendant AllianceBernstein L.P. in the above-referenced action. We submit this joint letter on behalf of all parties to request that the status conference currently set for May 27, 2011 be adjourned. On May 25, Magistrate Judge Freeman granted Plaintiffs' request for a 30-day extension of the discovery cut-off date. The new discovery cut-off date is June 20. We therefore request that the status conference set for May 27 be adjourned until June 24, 2011 at 10:30 a.m. or another available time

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

Mary E. Ahrens

cc: Hon. Debra A. Freeman
    Juno Turner, Esq.
    Lorie E. Almon, Esq.
    Robert S. Whitman, Esq.
    Gregory Fidlon, Esq.

Request GRANTED. The next status conference herein is rescheduled to 6-24-11 at 10:30 am.

SO ORDERED.

5-26-11
DATE    VICTOR MARRERO, U.S.D.J.

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

13422962v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK