IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON SILVERSTEIN, JENNIFER STAMATELOS,
individually and on behalf of others similarly situated,

           Plaintiffs,

v.

ALLIANCEBERNSTEIN L.P.,

Defendant.

No. 09-civ-5904 (VM)

<u>NOTICE OF APPEARANCE FOR LAUREN E. SCHWARTZREICH</u>

PLEASE TAKE NOTICE that I, Lauren E. Schwartzreich, hereby respectfully enter an appearance for Plaintiffs Jason Silverstein and Jennifer Stamatelos, individually and on behalf of all others similarly situated, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated:  August 9, 2011

      Respectfully submitted,

By:
 /s/ Lauren E. Schwartzreich
Lauren E. Schwartzreich (LS 8260)

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Jack A. Raisner
Justin M. Swartz
Lewis Steel
Molly Brooks
Juno Turner
Lauren E. Schwartzreich
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
2475 Northwinds Parkway, Suite 200
Alpharetta, Georgia 300009
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: gfidlon@gmail.com

*Attorneys for Plaintiffs and the proposed class*

TO: **SEYFARTH SHAW LLP**
Lorie E. Almon
Robert S. Whitman
Jeremi L. Chylinski
Mary E. Ahrens
620 Eighth Avenue, 32nd Floor
New York, NY 10018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on August 9, 2011, upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Phone: (212) 218-5500
Lorie E. Almon - lalmon@seyfarth.com
Robert S. Whitman - rwhitman@seyfarth.com
Jeremi L. Chylinski - jchylinski@seyfarth.com
Mary E. Ahrens - mahrens@seyfarth.com

Executed on:  August 9, 2011

/s/ Lauren E. Schwartzreich
Lauren E. Schwartzreich