IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEBERNSTEIN L.P.,<br><br>Defendant. | No. 09-civ-5904 (VM)<br><br><u>NOTICE OF<br>WITHDRAWAL FILING</u> |

PLEASE BE ON NOTICE, that the following person has revoked his Consent pursuant to 29 U.S.C. §216 and withdraws as an opt-in Plaintiff from the above-captioned lawsuit.

1. Carey, Vincent Michael.

Dated: September 8, 2011

Respectfully submitted,

By:
 /s/ Lauren E. Schwartzreich
Lauren E. Schwartzreich (LS 8260)

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Jack A. Raisner
Justin M. Swartz
Lewis Steel
Molly Brooks
Juno Turner
Lauren E. Schwartzreich
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
2475 Northwinds Parkway, Suite 200
Alpharetta, Georgia 300009

Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: gfidlon@gmail.com

*Attorneys for Plaintiffs and the proposed class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on September 8, 2011, upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

> SEYFARTH SHAW LLP
> 620 Eighth Avenue, 32nd Floor
> New York, NY 10018
> Phone: (212) 218-5500
> Lorie E. Almon - lalmon@seyfarth.com
> Robert S. Whitman - rwhitman@seyfarth.com
> Jeremi L. Chylinski - jchylinski@seyfarth.com
> Mary E. Ahrens - mahrens@seyfarth.com

Executed on:  September 8, 2011

>                            /s/ Lauren E. Schwartzreich
>                            Lauren E. Schwartzreich