IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
**JASON SILVERSTEIN and JENNIFER** :
**STAMATELOS**, individually and on behalf of others :
similarly situated, : 09-cv-5904 (JPO)(DCF)
:
Plaintiffs, :
:
v. :
:
**ALLIANCEBERNSTEIN L.P.,** :
:
Defendant. :
------------------------------------------- x

**NOTICE OF FILING OF CONSENT TO BE A
PARTY PLAINTIFF ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto as Exhibit A:

1. Justin Gottlieb
2. William Pazona

DATE: November 3, 2011

OUTTEN & GOLDEN LLP


By:   /s/ Lauren Schwartzreich

    Adam T. Klein
    Lewis M. Steel
    Molly A. Brooks
    Juno Turner
    Lauren E. Schwartzreich
    Outten & Golden LLP
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone:  212-245-1000
    Facsimile:  212-977-4005
    Email:  ATK@outtengolden.com

    LAW OFFICES OF GREGORY R. FIDLON, P.C.
    Gregory R. Fidlon
    Northpark Town Center
    1200 Abernathy Road, Bldg. 600, Suite 1700
    Atlanta, GA 30328
    Telephone:  770-807-0083
    Facsimile:  770-807-0460
    Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

# EXHIBIT A

**FAIR LABOR STANDARDS ACT – CONSENT FORM**

I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.). I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.

_____
Signature

JUSTIN GOTTLIEB
Full Legal Name (print)

[REDACTED]
Address

[REDACTED]
City, State                           Zip Code

**FAIR LABOR STANDARDS ACT – CONSENT FORM**

I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.). I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.

_____
Signature

William Frank Razona
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                                    Zip Code