IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JASON SILVERSTEIN and JENNIFER STAMATELOS**, individually and on behalf of others similarly situated,

                   Plaintiffs,

        v.

**ALLIANCEBERNSTEIN L.P.**,

                   Defendant.

09-cv-5904 (JPO)(DCF)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF CONSENT TO BE A
PARTY PLAINTIFF ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto as Exhibit A:

1. Mirijania Ujkic

DATE: November 11, 2011

OUTTEN & GOLDEN LLP


By:  /s/ Lauren Schwartzreich

    Adam T. Klein
    Lewis M. Steel
    Molly A. Brooks
    Juno Turner
    Lauren E. Schwartzreich
    Outten & Golden LLP
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone:  212-245-1000
    Facsimile:  212-977-4005
    Email:  ATK@outtengolden.com

    LAW OFFICES OF GREGORY R. FIDLON, P.C.
    Gregory R. Fidlon
    Northpark Town Center
    1200 Abernathy Road, Bldg. 600, Suite 1700
    Atlanta, GA 30328
    Telephone:  770-807-0083
    Facsimile:  770-807-0460
    Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

# EXHIBIT A

## FAIR LABOR STANDARDS ACT – CONSENT FORM

I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.). I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.

_____
Signature

MIRIJANA UJKIC
Full Legal Name (print)

[REDACTED]
Address

[REDACTED]
City, State                         Zip Code