AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br>*Plaintiff*<br>v.<br>ALLIANCEBERNSTEIN L.P.,<br>*Defendant* | )<br>)<br>)<br>)  Case No.  No. 09-civ-5904<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                          .

Date:   11/21/2011

/s/ Rachel M. Bien
*Attorney's signature*

Rachel M. Bien (RB 6919)
*Printed name and bar number*

Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016

*Address*

rmb@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*