UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JASON SILVERSTEIN et al,

                Plaintiffs,

        -v-

ALLIANCEBERSTEIN L.P. et al,

                Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____

09 CV 5904 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    WHEREAS this case was recently transferred to the undersigned, it is hereby

    ORDERED that the parties in this case shall submit a joint letter to the Court updating the Court on the status of the case no later than January 19, 2012. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;
2. A statement of all existing deadlines, due dates and/or cut-off dates;
3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;
4. A statement describing the status of any discovery in the case;
5. A statement describing the status of any settlement discussions.

    It is FURTHER ORDERED that the parties appear on January 27, 2012 at 10:45 am in Courtroom 15D, United States District Court, 500 Pearl Street, New York, NY 10007, for a status conference.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer.

SO ORDERED.

Dated: New York, New York
November 21, 2011

_____
J. PAUL OETKEN
United States District Judge