**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

**JASON SILVERSTEIN and JENNIFER**       :
**STAMATELOS**, individually and on behalf of others   :
similarly situated,                              :      09-cv-5904 (JPO)(DCF)
                                               :
                      Plaintiffs,      :
                                             :
           v.                             :
                                           :
**ALLIANCEBERNSTEIN L.P.,**              :
                                           :
                      Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF CONSENT TO BE A**
**PARTY PLAINTIFF ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed

Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto

as Exhibit A:

    1.  Andrew Forbes Winkler

DATE: December 1, 2011

OUTTEN & GOLDEN LLP


By:   _/s/ Rachel M. Bien_____

     Adam T. Klein
     Lewis M. Steel
     Rachel M. Bien
     Molly A. Brooks
     Lauren E. Schwartzreich
     Juno Turner
     Outten & Golden LLP
     3 Park Avenue, 29th Floor
     New York, New York 10016
     Telephone:  212-245-1000
     Facsimile:  212-977-4005
     Email:  ATK@outtengolden.com

     LAW OFFICES OF GREGORY R. FIDLON, P.C.
     Gregory R. Fidlon
     Northpark Town Center
     1200 Abernathy Road, Bldg. 600, Suite 1700
     Atlanta, GA 30328
     Telephone:  770-807-0083
     Facsimile:  770-807-0460
     Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

EXHIBIT A

**FAIR LABOR STANDARDS ACT – CONSENT FORM**

       I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.).  I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.

_____

Signature

ANDREW FORBES WINKLER

_____

Full Legal Name (print)

REDACTED

_____

Address

REDACTED

_____

City, State                   Zip Code