**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                        :
**JASON SILVERSTEIN and JENNIFER**                                      :
**STAMATELOS**, individually and on behalf of others                    :
similarly situated,                                                     :          09-cv-5904 (JPO)(DCF)
                                                                        :
                                        Plaintiffs,                     :
                                                                        :
                        v.                                              :
                                                                        :
**ALLIANCEBERNSTEIN L.P.,**                                             :
                                                                        :
                                        Defendant.                      :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF FILING OF CONSENT TO BE A
PARTY PLAINTIFF ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed

Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto

as Exhibit A:


1.  John Bishop

DATE: December 19, 2011

OUTTEN & GOLDEN LLP


By:  _/s/ Rachel M. Bien_____

    Adam T. Klein
    Lewis M. Steel
    Rachel M. Bien
    Molly A. Brooks
    Lauren E. Schwartzreich
    Juno Turner
    Outten & Golden LLP
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone:  212-245-1000
    Facsimile:  212-977-4005
    Email:  ATK@outtengolden.com

    LAW OFFICES OF GREGORY R. FIDLON, P.C.
    Gregory R. Fidlon
    Northpark Town Center
    1200 Abernathy Road, Bldg. 600, Suite 1700
    Atlanta, GA 30328
    Telephone:  770-807-0083
    Facsimile:  770-807-0460
    Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

# Exhibit A

**FAIR LABOR STANDARDS ACT – CONSENT FORM**

I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.).  I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.

_____

Signature

_____

Full Legal Name (print)

Josh  Bishop

REDACTED

_____

Address

Putnam Valley, NY          10579

_____

City, State                    Zip Code