**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

**JASON SILVERSTEIN and JENNIFER**      :
**STAMATELOS**, individually and on behalf of others    :
similarly situated,                            :        09-cv-5904 (JPO)(DCF)
                                                  :

                           Plaintiffs,      :
                                                    :

                v.                            :
                                                   :

**ALLIANCEBERNSTEIN L.P.,**               :
                                                   :
                           Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF CONSENT TO BE A**
**<u>PARTY PLAINTIFF ON BEHALF OF PLAINTIFFS</u>**

The following plaintiffs are hereby joined to the instant action by their signed

Consent to Be a Party Plaintiff form, a true and correct copy of which is attached hereto

as Exhibit A:

1. Joshua Joffe
2. Glenn Friedman

DATE: December 20, 2011

OUTTEN & GOLDEN LLP


By:   _/s/ Rachel M. Bien_____

      Adam T. Klein
      Lewis M. Steel
      Rachel M. Bien
      Molly A. Brooks
      Lauren E. Schwartzreich
      Juno Turner
      Outten & Golden LLP
      3 Park Avenue, 29th Floor
      New York, New York 10016
      Telephone:  212-245-1000
      Facsimile:  212-977-4005
      Email:  ATK@outtengolden.com

      LAW OFFICES OF GREGORY R. FIDLON, P.C.
      Gregory R. Fidlon
      Northpark Town Center
      1200 Abernathy Road, Bldg. 600, Suite 1700
      Atlanta, GA 30328
      Telephone:  770-807-0083
      Facsimile:  770-807-0460
      Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

EXHIBIT A

## FAIR LABOR STANDARDS ACT – CONSENT FORM

I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.).  I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.


_____
Signature

Joshua Joffe
_____
Full Legal Name (print)

REDACTED
_____
Address

REDACTED
_____
City, State                                    Zip Code

**FAIR LABOR STANDARDS ACT – CONSENT FORM**

       I consent to be a party plaintiff in the lawsuit *Silverstein v. AllianceBernstein L.P.*, No. 09-CIV-5904 (JPO)(DCF) (S.D.N.Y.).  I hereby designate Outten & Golden LLP and Law Offices of Gregory R. Fidlon, P.C. to represent me in such lawsuit.


*Glenn Friedman*
_____
Signature

Glenn Friedman
_____
Full Legal Name (print)

REDACTED
_____
Address

REDACTED
_____
City, State                        Zip Code