IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEBERNSTEIN L.P.,<br><br>Defendant. | No. 09-civ-5904 (JPO/DCF)<br><br>**NOTICE OF APPEARANCE FOR REENA ARORA** |

PLEASE TAKE NOTICE that I, Reena Arora, hereby respectfully enter an appearance for Plaintiffs Jason Silverstein and Jennifer Stamatelos, individually and on behalf of all others similarly situated, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated:  January 13, 2012

Respectfully submitted,

By:
 /s/ Reena Arora
Reena Arora (RA 5854)

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Juno Turner
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon

Northpark Town Center
1200 Abernathy Road, Bldg. 600, Suite 1700
Atlanta, GA 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

TO: **SEYFARTH SHAW LLP**
Lorie E. Almon
Robert S. Whitman
Jeremi L. Chylinski
Mary E. Ahrens
620 Eighth Avenue, 32nd Floor
New York, NY 10018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on January 13, 2012, upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

> **SEYFARTH SHAW LLP**
> 620 Eighth Avenue, 32nd Floor
> New York, NY 10018
> Phone: (212) 218-5500
> Lorie E. Almon - lalmon@seyfarth.com
> Robert S. Whitman - rwhitman@seyfarth.com
> Jeremi L. Chylinski - jchylinski@seyfarth.com
> Mary E. Ahrens - mahrens@seyfarth.com

Executed on:  January 13, 2012

>   /s/ Reena Arora
>   Reena Arora