

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON SILVERSTEIN, JENNIFER STAMATELOS,
individually and on behalf of others similarly situated,

              Plaintiffs,

v.

ALLIANCEBERNSTEIN L.P.,

              Defendant

No. 09-civ-5904 (JPO)(DCF)

NOTICE OF
WITHDRAWAL FILING

PLEASE BE ON NOTICE, that the following person has revoked his Consent pursuant

to 29 U.S.C. §216 and withdraws as an opt-in Plaintiff from the above-captioned lawsuit

    1  Hiatnides, Gregory

Dated  December 30, 2011

Respectfully submitted,

By
/s/ Juno Turner
Juno Turner

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Juno Turner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone  (212) 245-1000
Facsimile  (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road, Building 600, Suite 1700
Atlanta, GA 30328
Telephone  (770) 807-0083
Facsimile  (770) 807-0460
Email  greg@fidlonlegal.com
*Attorneys for Plaintiffs and the proposed class*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/12

So Ordered:

U.S.D.J.

January 17, 2012