IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON SILVERSTEIN, JENNIFER STAMATELOS,** individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ALLIANCEBERNSTEIN L.P.,**<br><br>Defendant. | No. 09-civ-5904 (JPO)(DCF)<br><br><u>**NOTICE OF WITHDRAWAL FILING**</u> |

PLEASE BE ON NOTICE, that the following person, Lorraine Kim, has revoked her Consent pursuant to 29 U.S.C. §216 and withdraws as an opt-in Plaintiff from the above-captioned lawsuit.

Dated:  March 7, 2012

                                        Respectfully submitted,

                                        By:
                                         /s/ Reena Arora
                                        Reena Arora

                                        **OUTTEN & GOLDEN LLP**
                                        Adam T. Klein
                                        Rachel M. Bien
                                        Juno Turner
                                        Reena Arora
                                        3 Park Avenue, 29th Floor
                                        New York, New York 10016
                                        Telephone:  (212) 245-1000
                                        Facsimile: (212) 977-4005

                                        **LAW OFFICES OF GREGORY R. FIDLON**
                                        Gregory R. Fidlon
                                        Northpark Town Center
                                        1200 Abernathy Road, Building 600, Suite 1700
                                        Atlanta, GA 30328
                                        Telephone:  (770) 807-0083
                                        Facsimile:  (770) 807-0460
                                        Email: greg@fidlonlegal.com
                                        *Attorneys for Plaintiffs and the proposed class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL FILING was served on March 6, 2012 upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

>  **SEYFARTH SHAW LLP**
> 620 Eighth Avenue, 32nd Floor
> New York, NY 10018
> Phone: (212) 218-5500
> Lorie E. Almon - lalmon@seyfarth.com
> Robert S. Whitman - rwhitman@seyfarth.com
> Jeremi L. Chylinski - jchylinski@seyfarth.com
> Mary E. Ahrens - mahrens@seyfarth.com

Executed on March 7, 2012

>  /s/ Reena Arora
> Reena Arora