IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated, | |
| Plaintiffs, | No. 09-civ-5904 (JPO)(DCF) |
| v. | **NOTICE OF WITHDRAWAL FILING** |
| ALLIANCEBERNSTEIN L.P., | |
| Defendant. | |

PLEASE BE ON NOTICE, that William Pazona has revoked his Consent pursuant to 29 U.S.C. §216 and withdraws as an opt-in Plaintiff from the above-captioned lawsuit.

Dated: March 14, 2012

Respectfully submitted,

By:
 /s/ Reena Arora
Reena Arora

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel M. Bien
Juno Turner
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road, Building 600, Suite 1700
Atlanta, GA 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: greg@fidlonlegal.com
*Attorneys for Plaintiffs and the proposed class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL FILING was served on March 14, 2012 upon the following counsel of record by means of filing in the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system:

>  **SEYFARTH SHAW LLP**
>  620 Eighth Avenue, 32nd Floor
>  New York, NY 10018
>  Phone: (212) 218-5500
>  Lorie E. Almon - lalmon@seyfarth.com
>  Robert S. Whitman - rwhitman@seyfarth.com
>  Jeremi L. Chylinski - jchylinski@seyfarth.com
>  Mary E. Ahrens - mahrens@seyfarth.com

Executed on March 14, 2012

>  /s/ Reena Arora
>  Reena Arora