UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON SILVERSTEIN and JENNIFER : 
STAMATELOS, :
 :
                       Plaintiffs, :
 :
     v. :
 :
ALLIANCEBERNSTEIN L.P., :
 :
                       Defendant. :
------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/28/12 |

No: 09 CIV 5904 (JPO)(DCF)

**AMENDED JOINT PROPOSED SCHEDULING ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant, that:

      1.     The fact discovery cut-off date, which currently is April 3, 2012, shall be extended by two weeks to April 17, 2012.

      2.     All other deadlines pursuant to the Court's January 27, 2012 order shall be extended by two weeks. Specifically:

         a. Defendant's motion for summary judgment shall be filed no later than May 11, 2012.

         b. Plaintiffs' cross-motion for summary judgment and opposition to Defendant's motion for summary judgment shall be filed no later than June 8, 2012.

         c. Defendant's opposition to Plaintiffs' cross-motion for summary judgment and reply in support of Defendant's motion for summary judgment shall be filed no later than July 13, 2012.

         d. Plaintiffs' reply in support of their cross-motion for summary judgment shall be filed no later than July 27, 2012.

14311771v.1

SO STIPULATED:

| OUTTEN & GOLDEN LLP | SEYFARTH SHAW LLP |
|---|---|
| By: *(signature)* | BY: *(signature)* |
| Adam T. Klein | Lorie E. Almon |
| atk@outtengolden.com | lalmon@seyfarth.com |
| Rachel Bien | Robert S. Whitman |
| rmb@outtengolden.com | rwhitman@seyfarth.com |
| Juno Turner | Mary E. Ahrens |
| jturner@outtengolden.com | mahrens@seyfarth.com |
| | |
| 3 Park Avenue, 29th Floor | 620 Eighth Avenue, 32nd floor |
| New York, NY 10016 | New York, New York 10018 |
| Phone: (212) 245-1000 | Phone: (212) 218-5500 |
| Fax: (212) 977-4005 | Fax: (212) 218-5526 |
| | *Attorneys for Defendant* |

LAW OFFICES OF GREGORY R. FIDLON, P.C.
Gregory Fidlon
greg@fidlonlegal.com
Northpark Town Center
1200 Abernathy Road, Bldg. 600, Suite 1700
Atlanta, GA 30328

Phone: (770) 807-0083
Fax: (770) 807-0460
*Attorneys for Plaintiffs*


SO ORDERED:

*(signature)*

The Honorable J. Paul Oetken
United States District Court Judge

Dated: 3/28/12

14311771v.1