Freeman, Mag

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

JASON SILVERSTEIN, JENNIFER STAMATELOS,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.

ALLIANCEBERNSTEIN L.P.,

    Defendant.

No. 09-civ-5904 (JPO/DCF)

[~~PROPOSED~~] ORDER
GRANTING MOTION TO
WITHDRAW AS ATTORNEY

THE COURT HEREBY GRANTS the Motion to Withdraw As Attorney of Record, permitting Lauren E. Schwartzreich, counsel for Plaintiffs Jason Silverstein and Jennifer Stamatelos, on behalf of themselves and others similarly situated, to withdraw from representation for the reason set forth therein.

Dated: April 24, 2012
New York, NY

Honorable Debra C. Freeman
Magistrate Judge
United States District Court
Southern District of New York

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEBERNSTEIN L.P.,<br><br>Defendant. | No. 09-civ-5904 (JPO/DCF)<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY** |

I, Juno Turner, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an associate at Outten & Golden LLP, attorneys for Plaintiffs herein, and an attorney in good standing admitted to practice in the State of New York and before this Court.

2. As of March 30th, 2012, Lauren E. Schwartzreich is no longer with the firm of Outten & Golden LLP.

3. Lauren E. Schwartzreich's withdrawal will not prejudice Plaintiffs, nor cause a delay in the trial of this case.

Dated: April 16, 2012

Respectfully submitted,

By: _____
Juno Turner

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Molly Brooks
Rachel Bien
Juno Turner
Reena Arora

3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road, Bldg. 600, Suite 1700
Atlanta, GA 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON SILVERSTEIN, JENNIFER STAMATELOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEBERNSTEIN L.P.,<br><br>Defendant. | No. 09-civ-5904 (JPO/DCF)<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

Plaintiffs, by and through their attorneys, hereby notify the Court that Lauren E. Schwartzreich is no longer associated with the law firm of Outten & Golden LLP and move to withdraw her as attorney of record in the above-captioned matter. The undersigned requests that all further electronic notices to Lauren E. Schwartzreich in the above-referenced matter be terminated. Plaintiffs continue to be represented by the undersigned counsel of Outten & Golden LLP and the Law Offices of Gregory R. Fidlon. Annexed is the Declaration of Juno Turner in Support of Motion to Withdraw as Attorney.

Dated: April 16, 2012

Respectfully submitted,

By: /s/ Juno Turner

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Molly Brooks
Rachel Bien
Juno Turner
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Facsimile: (212) 977-4005

**LAW OFFICES OF GREGORY R. FIDLON**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road, Bldg. 600, Suite 1700
Atlanta, GA 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460
Email: greg@fidlonlegal.com

*Attorneys for Plaintiffs and the proposed class*