UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   ECF CASE

| | |
|---|---|
| **JASON SILVERSTEIN** and **JENNIFER STAMATELOS**, individually and on behalf of others similarly situated, | No. 1:09-cv-5904 (JPO)(DCF) |
| Plaintiffs, | |
| v. | |
| **ALLIANCEBERNSTEIN L.P.**, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF MARY E. AHRENS, ESQ.

**MARY E. AHRENS, ESQ.**, declares, under penalty of perjury:

1. I am a partner with the law firm of Seyfarth Shaw LLP, attorneys for Defendant AllianceBernstein L.P. ("Defendant"). I submit this Declaration, which is based upon personal knowledge and a review of the documents, in support of Defendant's Motion for Summary Judgment dismissing the First Amended Class Action and Collective Action Complaint of Plaintiffs in its entirety.

2. Attached as **Exhibit A** are true and correct copies of the relevant pages from the Transcript of the Deposition of Thomas Apostolico, taken on June 1, 2010.

3. Attached hereto as **Exhibit B** are true and correct copies of the relevant pages from the Transcript of the Deposition of Joshua Bishop, taken on March 6, 2012.

4. Attached as **Exhibit C** are true and correct copies of the following exhibits marked at the deposition of Joshua Bishop: Exhibit 6, Exhibit 12, Exhibit 18 and Exhibit 19.

5. Attached hereto as **Exhibit D** are true and correct copies of the relevant pages from the Transcript of the Deposition of Glenn Friedman, taken on April 10, 2012.

14405426v.1

6. Attached as **Exhibit E** are true and correct copies of the following exhibits marked at the deposition of Glenn Friedman: Exhibit 6, Exhibit 8, Exhibit 18, Exhibit 19, Exhibit 20, Exhibit 21 and Exhibit 22.

7. Attached hereto as **Exhibit F** are true and correct copies of the relevant pages from the Transcript of the Deposition of Justin Gottlieb, taken on April 2, 2012.

8. Attached as **Exhibit G** is a true and correct copy of the following exhibit marked at the deposition of Justin Gottlieb: Exhibit 9.

9. Attached hereto as **Exhibit H** are true and correct copies of the relevant pages from the Transcript of the Deposition of Joshua Joffe, taken on March 22, 2012.

10. Attached as **Exhibit I** are true and correct copies of the following exhibits marked at the deposition of Joshua Joffe: Exhibit 8, Exhibit 9, Exhibit 10, Exhibit 11, Exhibit 14, Exhibit 16, Exhibit 18, Exhibit 19, Exhibit 20, Exhibit 21, Exhibit 22 and Exhibit 23.

11. Attached hereto as **Exhibit J** are true and correct copies of the relevant pages from the Transcript of the Deposition of Susanna Leniart, taken on May 26, 2011.

12. Attached hereto as **Exhibit K** are true and correct copies of the relevant pages from the Transcript of the Deposition of Melanie May, taken on March 14, 2011.

13. Attached hereto as **Exhibit L** are true and correct copies of the relevant pages from the Transcript of the Deposition of Marissa Minichetti, taken on May 12, 2011.

14. Attached as **Exhibit M** are true and correct copies of the following exhibits marked at the deposition of Marissa Minichetti: Exhibit B, Exhibit K and Exhibit N.

15. Attached hereto as **Exhibit N** are true and correct copies of the relevant pages from the Transcript of the Deposition of Jason Silverstein, taken on May 17, 2010.

16. Attached as **Exhibit O** are true and correct copies of the following exhibits marked at the deposition of Jason Silverstein: Exhibit 6, Exhibit 9, Exhibit 11, Exhibit 12, Exhibit 14 and Exhibit 16.

17. Attached hereto as **Exhibit P** are true and correct copies of the relevant pages from the Transcript of the Deposition of Cathy Spencer, taken on May 13, 2011.

18. Attached as **Exhibit Q** is a true and correct copy of the following exhibit marked at the deposition of Cathy Spencer: Exhibit 2.

19. Attached hereto as **Exhibit R** are true and correct copies of the relevant pages from the Transcript of the Deposition of Jennifer Stamatelos, taken on February 18, 2011.

20. Attached as **Exhibit S** are true and correct copies of the following exhibits marked at the deposition of Jennifer Stamatelos: Exhibit 2, Exhibit 12, Exhibit 13 and Exhibit 16.

21. Attached hereto as **Exhibit T** are true and correct copies of the relevant pages from the Transcript of the Deposition of Mirijana Ujkic, taken on April 12, 2012.

22. Attached as **Exhibit U** are true and correct copies of the following exhibits marked at the deposition of Mirijana Ujkic: Exhibit 7, Exhibit 15, Exhibit 16, Exhibit 17 and Exhibit 20.

23. Attached hereto as **Exhibit V** are true and correct copies of the relevant pages from the Transcript of the Deposition of Andrew Winkler, taken on April 2, 2012.

24. Attached hereto as **Exhibit W** are true and correct copies of the relevant pages from the Transcript of the Deposition of Judy Yau, taken on March 29, 2012.

25. Attached as **Exhibit X** is a true and correct copy of the following exhibit marked at the deposition of Judy Yau: Exhibit 8.

14405426v.1

26. Attached hereto as **Exhibit Y** are true and correct copies of the relevant pages from the Transcript of the Deposition of Allison Yockel, taken on April 13, 2011.

27. Attached hereto as **Exhibit Z** is a true and correct copy of Andrew Winkler's Employee Profile, bates-numbered AB0087932, a copy of which was produced in discovery.

28. Attached hereto as **Exhibit AA** is a true and correct copy of Joshua Bishop's Employee Profile, bates-numbered AB0087930, a copy of which was produced in discovery.

29. Attached hereto as **Exhibit BB** is a true and correct copy of Marissa Minichetti's 2007 evaluation, bates-numbered AB0088280-0088282, a copy of which was produced in discovery.

30. Attached hereto as **Exhibit CC** is a true and correct copy of Marissa Minichetti's 2008 evaluation, bates-numbered AB0088284-0088288, a copy of which was produced in discovery.

I declare and certify pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
       May 11, 2012

                                        s/ Mary E. Ahrens
                                        Mary E. Ahrens

14405426v.1