# EXHIBIT F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

JASON SILVERSTEIN, JENNIFER STAMATELOS,

individually and behalf of others similarly

situated,

                                    PLAINTIFF,

                        CASE NO. 09-CV-5904 (VM)

            -against-


ALLIANCEBERNSTEIN, L.P.,


                                    DEFENDANT.

-------------------------------------------------X

                    DATE: April 3, 2012

                    TIME: 10:00 a.m.


        EXAMINATION BEFORE TRIAL of the Opt-In

Plaintiff, JUSTIN GOTTLIEB, taken by the

Defendant, pursuant to a Notice, held at Seyfarth

Shaw, LLP., 620 Eighth Avenue, New York, New York

10018, before SHAVON KOLB, RPR, a Notary Public of

the State of New York.

1          GOTTLIEB
2     Q.   And that's your own business?
3     A.   Yes.
4     Q.   Is it part-time?
5     A.   Barely even.  It's more of a referral
6  business.
7     Q.   Do you have a partner or do you work
8  with --
9     A.   No.
10    Q.   So you started looking for a new job
11  when you were still working at AllianceBernstein,
12  right?
13    A.   Correct.
14    Q.   Do you recall approximately when you
15  started the job search?
16    A.   I don't recall exactly, no.
17    Q.   And how did you look for jobs?
18    A.   The Internet and recruiters.
19    Q.   Other than I'm assuming you interviewed
20  at Barclays?
21    A.   Right.
22    Q.   Other than Barclays did you interview
23  anywhere else?
24    A.   I did.
25    Q.   Where?

[Page 38]

1          GOTTLIEB
2     A.   I don't recall everywhere.  I know I
3  interviewed at Bear Sterns.  I don't remember all
4  the other places.
5     Q.   Did you get any other offers?
6     A.   I believe I got an offer or two.  I
7  don't recall exactly.
8     Q.   You don't recall where?
9     A.   No.
10    Q.   When did you first apply for a job with
11  AllianceBernstein or its predecessor?
12    A.   I don't recall the date.
13    Q.   You began working for AllianceBernstein
14  in 2006, correct?
15    A.   Right.
16    Q.   You began working for AllianceBernstein
17  in July 2005, right?
18    A.   Right.  So it was some time three months
19  prior I would assume, within three months.
20    Q.   And how did you hear about the position?
21    A.   Family friend of mine knew someone who
22  worked there.
23    Q.   And who was the person that worked at
24  AllianceBernstein, if you know?
25    A.   I don't even remember his name.

[Page 39]

1          GOTTLIEB
2     Q.   Did that person work as an APM?
3     A.   No.
4     Q.   And did you interview for the position?
5     A.   Yes.
6     Q.   Who did you interview with?
7     A.   From what I recall it was Tom Apostolico
8  and Matt Kaplan and there may have been -- I don't
9  remember if I met with the other guy but it was a
10  while ago.
11    Q.   And you interviewed for the APM
12  position?
13    A.   Right.
14    Q.   You didn't apply to AllianceBernstein or
15  its predecessor at any point prior to 2005, did
16  you?
17    A.   No.
18    Q.   Prior to hearing about the job through
19  the family friend, were you familiar with the
20  company at all?
21    A.   I believe I'd heard of them.
22         MS. AHRENS:  We'll mark another document
23  as an exhibit.
24         (Whereupon, the aforementioned resume
25  was marked as Gottlieb Exhibit 4 for

[Page 40]

1          GOTTLIEB
2  identification as of this date by the
3  Reporter.)
4         MS. AHRENS:  We just marked Exhibit 4.
5     Q.   Can you tell me what this document is.
6     A.   Looks like the resume I had at the time
7  I was applying to AllianceBernstein.
8     Q.   And so it's the resume that you
9  submitted in connection with that application?
10    A.   It's possible.
11    Q.   Do you have any reason to believe it's
12  not the application that you submitted to
13  AllianceBernstein?
14    A.   No.  I'm not positive.  I've changed it
15  many times.
16    Q.   I can represent that we did take it out
17  of your personnel file.
18    A.   Okay.
19    Q.   Did you prepare the document?
20    A.   Yes.
21    Q.   And can you look over it and let me know
22  if it was accurate as of the time of your
23  application to AllianceBernstein.
24    A.   To my knowledge it's accurate.
25    Q.   And then sitting here today is there

[Page 41]

[11]  (Pages 38 to 41)

GOTTLIEB

1
2     Q.   I believe you also said she would
3 interact with you to talk about whether you were
4 going to meet your deadlines; is that right?
5     A.   Not if you're going to meet them.  If
6 you were kind of pressing towards the deadline,
7 she would stand behind you and basically do your
8 job for you.
9     Q.   She would actually do your inbox work
10 for you?
11     A.   Not necessarily the inbox work but if
12 you were working on an account, she would tell you
13 what to do like to get it done quicker.
14     Q.   And so how frequently did that occur?
15     A.   We were busy, I mean, it would probably
16 happen for almost every deadline.  Maybe not
17 necessarily with me but with other people as well.
18     Q.   And then in terms of for you it happened
19 when you were busy?
20     A.   Right.
21     Q.   And how often were you busy?
22     A.   What do you mean by that question you
23 said?
24     Q.   Well, I'm just trying to get a sense of
25 how often she would stand behind you and kind of

[Page 62]

GOTTLIEB

1
2 tell you what to do in terms of your account work.
3     A.   Could be a couple of times a week,
4 certain times of the year.  It really fluctuated.
5     Q.   Do you know whether she did the same
6 thing for the other APMs?
7     A.   Yes.
8     Q.   Do you also have a sense that that
9 occurred about a couple of times a week for those
10 APMs as well?
11     A.   More or less.
12     Q.   Were there some APMs that she would help
13 more than others?
14     A.   Yes.
15     Q.   Did you have an understanding as to why
16 she helped them more than others?
17     A.   Either less experience or not really
18 good at the job I guess.  I don't know.
19     Q.   So then other than Tuppy kind of telling
20 you what to do on the accounts a couple of times a
21 week when you were hitting up against a deadline,
22 did you have any other interaction with her about
23 meeting deadlines?
24     A.   About meeting deadlines specifically I
25 don't recall.

[Page 63]

GOTTLIEB

1
2     Q.   And then you mentioned that you also
3 interacted with her when there was anything out of
4 the ordinary.  What do you mean by that?
5     A.   If anything I saw that I hadn't
6 experienced before and I wasn't sure what to do
7 with it, I would go to her.
8     Q.   Did that happen more frequently in the
9 beginning of your employment?
10         MS. TURNER:  Objection.
11         You can answer.
12     A.   I don't recall when it would happen.  I
13 think it was sporadic.
14     Q.   What I'm trying to get at is in the
15 beginning of your employment did you find things
16 were more out of the ordinary because you hadn't
17 already had the experience of performing those job
18 duties.
19         MS. TURNER:  Objection.
20         You can answer.
21     A.   Yes.  That sounds reasonable.
22     Q.   And so about how frequently would you
23 interact with Tuppy because you found something
24 that was out of the ordinary that you wanted to
25 talk to her?

[Page 64]

GOTTLIEB

1
2     A.   I don't recall.
3     Q.   Do you have any sense whether it was
4 once a day, once a week, once a month?
5     A.   I don't.
6     Q.   But is it true that it occurred more
7 frequently at the end, towards the end of your
8 employment than at the beginning of the
9 employment?
10     A.   No.
11         (Whereupon, the aforementioned letter
12     was marked as Gottlieb Exhibit 9 for
13     identification as of this date by the
14     Reporter.)
15     Q.   Exhibit 9 is a letter that appears to be
16 from you to Tuppy Stuer.  Do you recognize this
17 document?
18     A.   Yes.
19     Q.   And what is it?
20     A.   My resignation letter.
21     Q.   That's your signature?
22     A.   It is.
23     Q.   And you prepared it?
24     A.   Yes.
25     Q.   You prepared it on or about July 17,

[Page 65]

[17]  (Pages 62 to 65)

GOTTLIEB

1
2   2006?
3       A.   Yes.
4       Q.   And Tuppy Stuer is also Tuppy Russo,
5   correct?
6       A.   Yes.
7       Q.   Was your last day of work around July
8   28, 2006?
9       A.   I believe so.
10      Q.   When you first started working at
11  AllianceBernstein as an APM, did you participate
12  in any training?
13      A.   Yes.
14      Q.   What kind of training?
15      A.   There was some sort of handbook I
16  remember reading and some training from some
17  people there.  I don't remember who it was.
18      Q.   Did you participate in any formal
19  training?
20      A.   I guess how do you define formal?
21      Q.   Let's say if you're in more of a
22  classroom setting where someone's lecturing you.
23      A.   Not really.  It was more thrown
24  together.
25      Q.   And do you recall if you shadowed any

[Page 66]

GOTTLIEB

1
2   A.   Yes.
3       Q.   Do you recall how many?
4       A.   It was just a handful.  Maybe five.
5       Q.   Do you know whether those five new APMs
6   were put on different teams?
7       A.   No.  They weren't on my team.
8       Q.   And you don't recall anything else about
9   any other training, right?
10      A.   I don't remember specifically, no.
11      Q.   Were you ever a team leader?
12      A.   No.  Not that I recall.
13      Q.   Were you ever on a team that had a team
14  leader on it?
15      A.   Yes.
16      Q.   What's your understanding of what the
17  team leader's functions are?
18      A.   They pretty much did the same thing as
19  us.  They were just more experienced; so they
20  could do it quicker.
21      Q.   So other than the fact that they could
22  do their job duties quicker, did you have any
23  understanding about what their other functions
24  would be?
25      A.   They would sometimes just tell people

[Page 68]

GOTTLIEB

1
2   APMs; in other words, followed them around?
3       A.   Yes.
4       Q.   Do you recall who you shadowed?
5       A.   No, I don't.
6       Q.   Do you recall how long you shadowed them
7   for?
8       A.   I don't remember.
9       Q.   Was the training mandatory?
10      A.   I believe so.
11      Q.   Do you recall anything else about your
12  training at the beginning of your employment?
13      A.   Not really.
14      Q.   Did you participate in any training
15  throughout the rest of your employment?
16      A.   I don't recall.
17      Q.   When you started working at
18  AllianceBernstein, were you put on a team?
19      A.   Yes.
20      Q.   How many people were on your team in the
21  beginning?
22      A.   I think it was a total of four.
23      Q.   Were you the most junior?
24      A.   Yes.
25      Q.   Did you train with other new APMs?

[Page 67]

GOTTLIEB

1
2   what to do from the inbox but that's about it.
3       Q.   And what is the inbox?
4       A.   That's where the work from the FAAs
5   would come in.
6       Q.   What's an FAA?
7       A.   I believe it stands for financial
8   advisor's associate.
9       Q.   Were you on the same team throughout
10  your employment?
11      A.   Not the entire time.
12      Q.   Do you know approximately how many teams
13  you were on?
14      A.   There were a lot of changes but I don't
15  think I was on more than three.
16      Q.   And did you always have approximately
17  four people on each team?
18      A.   Yeah.  It was always around four.
19      Q.   Was there ever a point where there was
20  someone more junior on your team?
21      A.   Yes.
22      Q.   Did you assist in training that more
23  junior person at all?
24      A.   I don't recall.
25      Q.   Did you have any training

[Page 69]

[18]  (Pages 66 to 69)

# EXHIBIT G

**Justin Gottlieb**
301 East 47th Street New York, NY 10017
908-208-4879          justingottlieb@gmail.com

July 17, 2006

Tuppy Steuer
AllianceBernstein
1 North Lexington Avenue
White Plains, NY
10601

Dear Tuppy,

Please accept this letter as my formal notice of resignation from
AllianceBernstein, effective July 28th, 2006.

It's been a great pleasure working with you and representing the
company. I wish you and AllianceBernstein continued success. Please
feel free to call on me if I can help to ensure a smooth transition.

Thank you very much for the opportunity to work here.

Sincerely,

Justin Gottlieb

Associate Portfolio Manager

Confidential

AB0088182