**Outten & Golden LLP**
Adam T. Klein
Lewis M. Steel
Rachel Bien
Juno Turner
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**Law Offices of Gregory R. Fidlon, P.C.**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road
Bldg. 600, Suite 1700
Atlanta, Georgia 30328
Telephone: (770) 807-0083
Facsimile: (770) 807-0460

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON SILVERSTEIN and JENNIFER STAMATELOS,** individually and on behalf of others similarly situated, | **No. 09-CV-5904 (JPO)** |
| Plaintiff, | |
| v. | |
| **ALLIANCEBERNSTEIN L.P.,** | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

Please take notice that Plaintiffs hereby move this Court, before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, pursuant to Rule 56 of the Federal Rule of Civil Procedure, for summary judgment in their favor on the grounds that Defendant cannot carry its burden of establishing that Plaintiffs are exempt from the overtime requirements of the Fair Labor Standards Act and New York Labor Law.

In support of this Motion, Plaintiffs rely on the following: (1) Declaration of Juno Turner In Opposition To Defendant's Motion For Summary Judgment And In Support Of Plaintiffs' Cross-Motion For Summary Judgment and all of the documents annexed thereto; (2) Plaintiffs'

Response To Defendant's Statement Of Undisputed Material Facts and Statement Of Additional

Undisputed Material Facts in Support of Cross-Motion for Summary Judgment Pursuant to Local

Civil Rule 56.1; (3) Memorandum Of Law In Opposition To Defendant's Motion For Summary

Judgment And In Support Of Plaintiffs' Cross-Motion For Summary Judgment.  In addition,

Plaintiffs also will rely on any such further pleadings and documents as may be filed and oral

arguments as the Court may permit or require.

Dated: June 8, 2012

                                             Respectfully submitted,

                                             By:

                                             /s/ Adam T. Klein
                                             Adam T. Klein

                                             **OUTTEN & GOLDEN LLP**
                                             Adam T. Klein
                                             Lewis M. Steel
                                             Rachel Bien
                                             Juno Turner
                                             Reena Arora
                                             3 Park Avenue, 29th Floor
                                             New York, New York 10016
                                             Telephone:  (212) 245-1000
                                             Facsimile:   (212) 977-4005

                                             **LAW OFFICES OF GREGORY R. FIDLON, P.C.**
                                             Gregory R. Fidlon
                                             Northpark Town Center
                                             1200 Abernathy Road
                                             Bldg. 600, Suite 1700
                                             Atlanta, Georgia 30328
                                             Telephone: (770) 807-0083
                                             Facsimile: (770) 807-0460

                                             *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 8, 2012** a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Adam T. Klein
Adam T. Klein