UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   ECF CASE

**JASON SILVERSTEIN** and **JENNIFER STAMATELOS**, individually and on behalf of others similarly situated,

                       Plaintiffs,

     v.

**ALLIANCEBERNSTEIN L.P.**,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:09-cv-5904 (JPO)(DCF)

## DECLARATION OF MARY E. AHRENS, ESQ.

**MARY E. AHRENS, ESQ.,** declares, under penalty of perjury:

    1.    I am an associate with the law firm of Seyfarth Shaw LLP, attorneys for Defendant AllianceBernstein L.P. ("Defendant"). I submit this Declaration, which is based upon personal knowledge and a review of the documents, in support of Defendant AllianceBerstein L.P.'s Memorandum in Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply Memorandum in Further Support of its Motion for Summary Judgment dismissing the First Amended Class Action and Collective Action Complaint of Plaintiffs in its entirety.

    2.    Attached as **Exhibit A** are true and correct copies of the relevant pages from the Transcript of the Deposition of Thomas Apostolico, taken on June 1, 2010.

    3.    Attached as **Exhibit B** is a true and correct copy of the following exhibit marked at the deposition of Thomas Apostolico, Exhibit 7.

    4.    Attached hereto as **Exhibit C** are true and correct copies of the relevant pages from the Transcript of the Deposition of Joshua Bishop, taken on March 6, 2012.

5. Attached hereto as **Exhibit D** are true and correct copies of the relevant pages from the Transcript of the Deposition of Glenn Friedman, taken on April 10, 2012.

6. Attached hereto as **Exhibit E** are true and correct copies of the relevant pages from the Transcript of the Deposition of Justin Gottlieb, taken on April 2, 2012.

7. Attached hereto as **Exhibit F** are true and correct copies of the relevant pages from the Transcript of the Deposition of Joshua Joffe, taken on March 22, 2012.

8. Attached hereto as **Exhibit G** are true and correct copies of the relevant pages from the Transcript of the Deposition of Susanna Leniart, taken on May 26, 2011.

9. Attached hereto as **Exhibit H** are true and correct copies of the relevant pages from the Transcript of the Deposition of Melanie May, taken on March 14, 2011.

10. Attached hereto as **Exhibit I** are true and correct copies of the relevant pages from the Transcript of the Deposition of McGinty, taken on March 25, 2011.

11. Attached hereto as **Exhibit J** are true and correct copies of the relevant pages from the Transcript of the Deposition of Marissa Minichetti, taken on May 12, 2011.

12. Attached as **Exhibit J a**re true and correct copies of the relevant pages from the Transcript of the Deposition of Jason Silverstein, taken on May 17, 2010.

13. Attached hereto as **Exhibit K** are true and correct copies of the relevant pages from the Transcript of the Deposition of Cathy Spencer, taken on May 13, 2011.

14. Attached hereto as **Exhibit L** are true and correct copies of the relevant pages from the Transcript of the Deposition of Jennifer Stamatelos, taken on February 18, 2011.

15. Attached hereto as **Exhibit M** are true and correct copies of the relevant pages from the Transcript of the Deposition of Andrew Winkler, taken on April 2, 2012.

      16.     Attached hereto as **Exhibit N** are true and correct copies of the relevant pages from the Transcript of the Deposition of Judy Yau, taken on March 29, 2012.

      I declare and certify pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
       July 13, 2012

                                    s/ Mary E. Ahrens
                                    Mary E. Ahrens