```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JASON SILVERSTEIN et al,                                   :
                                        Plaintiffs,        :
                                                           :       09 Civ. 5904 (JPO)
                -v-                                        :
                                                           :       ORDER
ALLIANCE BERSTEIN L.P. et al,                              :
                                                           :
                                        Defendant.         :
                                                           :
-----------------------------------------------------------X
```

J. PAUL OETKEN, District Judge:

On March 19, 2013, the parties informed the Court that they had reached an agreement to resolve this case in its entirety. (Dkt. No. 81.) The parties shall submit a joint status letter on or before May 17, 2013, informing the Court of the status of settlement.

SO ORDERED.

Dated: New York, New York
       April 25, 2013

_____
J. PAUL OETKEN
United States District Judge