05/17/2013 FRI 11:51 FAX @002/002

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan
_____ A. Aaron
Sally Abrahamson
*Not admitted in New York*
Reena Arora
Delyanne D. Barros
Katherine Blostein
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner
Elizabeth Wagoner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: **MAY 2 0 2013**

The Clerk of Court is Directed to:
____ Term motion (doc. # ____ )
✓ Doc. and File As: *Ltr*

May 17, 2013

**By Fax: (212) 805-7991**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

Re: *Silverstein v. AllianceBernstein L.P.*
No. 09 Civ. 5904 (JPO)

Dear Judge Oetken:

We represent the Plaintiffs in the above-referenced matter. We write jointly with Defendant to provide an update on the status of the settlement, as directed by this Court's order dated April 26, 2013.

Since reaching a settlement in principle, the parties have been working diligently to agree on the terms of a written settlement agreement, and we anticipate finalizing that agreement by the end of this month. Plaintiffs will submit a Motion for Preliminary Approval of the Settlement promptly thereafter.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Juno Turner

cc:    Robert S. Whitman, Esq. (via e-mail)
Mary E. Ahrens, Esq. (via e-mail)
Adam T. Klein, Esq.
Gregory R. Fidlon, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com  www.outtengolden.com