| | |
|---|---|
| **Outten & Golden LLP** | **Law Offices of Gregory R. Fidlon, P.C.** |
| Adam T. Klein | Gregory R. Fidlon |
| Lewis M. Steel | Northpark Town Center |
| Rachel Bien | 1200 Abernathy Road |
| Juno Turner | Bldg. 600, Suite 1700 |
| 3 Park Avenue, 29th Floor | Atlanta, GA 30328 |
| New York, New York 10016 | Telephone: (770) 807-0083 |
| Telephone: (212) 245-1000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON SILVERSTEIN and JENNIFER STAMATELOS,** individually and on behalf of others similarly situated, | 09-CV-5904 (JPO) |
| Plaintiffs, | |
| v. | |
| **ALLIANCEBERNSTEIN L.P.,** | |
| Defendant. | |

### NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval") the Declaration of Juno Turner in Support of Plaintiffs' Motion for Preliminary Approval ("Turner Declaration"), and the Declaration of Gregory R. Fidlon in Support of Plaintiffs' Motion for Preliminary Approval, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Joint Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Turner Declaration;

(2) conditionally certifying the following proposed class under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes:

> All current and former employees of AB who have worked as an Associate Portfolio Manager, Associate Portfolio Manager, Sr., AO/APM, AO/Associate Portfolio Manager, AO/Associate Portfolio Manager, Sr., AVP/Associate Portfolio Manager, AVP/Associate Portfolio Manager, Sr., and/or similar positions (the "Covered Positions") in the Private Client division, Fixed Income division and/or Institutional Equity division of Defendant's Global Portfolio Management Group ("Global PMG") between June 26, 2003 and the date of the Court's preliminary approval of the Settlement; and

(3) appointing Outten & Golden LLP ("O&G") and the Law Offices of Gregory R. Fidlon, P.C. ("GF") as Class Counsel;

(4) approving the proposed Notice of Class and Collective Action Settlement ("Proposed Notice"), and directing its distribution;

(5) approving the Parties' proposed schedule for final settlement approval; and

(6) granting such other, further, or different relief as the Court deems just and proper.

\* \* \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: August 9, 2013
New York, New York

                    Respectfully submitted,
                    **OUTTEN & GOLDEN LLP**

                    /s/ Juno Turner
                    Adam T. Klein
                    Juno Turner
                    3 Park Avenue, 29th Floor
                    New York, New York 10016

Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

**Law Offices of Gregory R. Fidlon, P.C.**
Gregory R. Fidlon
Northpark Town Center
1200 Abernathy Road
Bldg. 600, Suite 1700
Atlanta, GA 30328
Telephone:  (770) 807-0083
Facsimile:  (770) 807-0460

**Attorneys for Plaintiffs, the Collective, and the Putative Class**