UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JASON SILVERSTEIN et al,

                   Plaintiffs,

-v-

ALLIANCE BERSTEIN L.P. et al,

                   Defendant.

-----------------------------------------------------------X

09 Civ. 5904 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On August 7, 2013, the Court received Plaintiffs' motion for preliminary approval of the class action settlement and accompanying documents. In light of this submission, the telephone conference previously scheduled before the Court for August 15, 2013 at 11:00 a.m. is adjourned *sine die*. The Court will review the settlement submission in due course.

SO ORDERED.

Dated: New York, New York
        August 13, 2013

                                          J. PAUL OETKEN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/23